BEUTLER LAW
1206 W South Jordan Pkwy STE C
South Jordan, UT 84095
Derek Beutler (16782)
Tel: 801-657-5040
Fax: 801-895-7016
derek@beutler-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In Re:<br><br>Kim & Sheryl Miller<br><br>Debtors | Case No. 26-25517<br><br>Chapter 13 Bankruptcy<br><br>Honorable Michael F. Thomson |

**AFFIDAVIT RE: TAXES**

The above-mentioned Debtors are not required to file 2022,2023,2024,2025 taxes. The Debtors are exempt from filing a tax return because the Debtors only receive SSI income and their income was below the tax filing requirements therefore are not required to file 2022,2023,2024,2025 tax returns.

DATED this September 29, 2026

**/s/ Derek Beutler**
Derek Beutler
Attorney for Debtors